IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS E. BARNES, *et al.*,<br>    Plaintiffs, | )<br>)<br>) |
| vs. | )     CIVIL ACTION 17-00419-KD-M |
| TOWN COUNCIL OF PERDIDO BEACH, AL.,<br>    Defendant. | )<br>)<br>)<br>) |

## JUDGMENT

In conjunction with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that this case is **REMANDED** to the Circuit Court of Baldwin County, Alabama from whence it came.

**DONE** and **ORDERED** this the **2nd** day of **October 2017.**

                                        /s/ Kristi K. DuBose
                                      **KRISTI K. DUBOSE**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**